IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Morris, Paris D | Case Number: 08 B 01846 |
|---|---|---|
| | Morris, Nikita S | Judge: Goldgar, A. Benjamin |
| | Printed: 03/03/09 | Filed: 1/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 20, 2009
Confirmed: March 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,587.60 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,418.25 |
| Trustee Fee: | | 169.35 |
| Other Funds: | | 0.00 |
| Totals: | 2,587.60 | 2,587.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,542.00 | 2,418.25 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | 4,079.53 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 790.54 | 0.00 |
| 5. | Verizon Wireless Midwest | Unsecured | 77.55 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 520.43 | 0.00 |
| 7. | Bell Auto Leasing | Unsecured | 6,631.46 | 0.00 |
| 8. | Friendly Finance | Unsecured | 10,228.62 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 639.12 | 0.00 |
| 10. | Illinois Student Assistance Commission | Unsecured | 430.28 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 164.00 | 0.00 |
| 12. | Credit Management Service | Unsecured | | No Claim Filed |
| 13. | AFNI | Unsecured | | No Claim Filed |
| 14. | AFNI | Unsecured | | No Claim Filed |
| 15. | Guranty Bank | Unsecured | | No Claim Filed |
| 16. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 17. | HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 18. | The Bureau Inc | Unsecured | | No Claim Filed |
| 19. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 20. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | Santa Barbara Bank & Trust | Unsecured | | No Claim Filed |
| 23. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 24. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| | | | $ 27,103.53 | $ 2,418.25 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morris, Paris D  
Morris, Nikita S  
Printed: 03/03/09

Case Number: 08 B 01846  
Judge: Goldgar, A. Benjamin  
Filed: 1/29/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 91.80 |
| 6.6% | 77.55 |
|  | $ 169.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*